UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

EARL GRANT,                                    )
                                               )
                    Plaintiff,                 )    Case No. 2:16-cv-00034
                                               )
        vs.                                    )    ~~PROPOSED~~ ORDER
                                               )
NANCY A. BERRYHILL, Acting                     )
Commissioner of Social Security                )
Administration                                 )
                    Defendant                  )
_____

     This matter having come on regularly before the undersigned by the stipulated motion
for attorney fees pursuant to the Equal Access to Justice Act, it is hereby ORDERED that:

     Attorney fees of $3,824.88 and expenses of $5.26 for a total of $3,830.14, pursuant to the
Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 be awarded to Plaintiff.  Subject to any
offset allowed under the Treasury Offset Program, payment of this award shall be made via
check sent to Attorney Victoria B. Chhagan's address:  Douglas Drachler McKee & Gilbrough,
1904 Third Avenue, Seattle WA  98101.  If the EAJA fees and expenses are not subject to any
offset, the EAJA attorney fees will be paid directly to the order of Victoria B. Chhagan.

     Dated this 18th day of April, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

Victoria B. Chhagan
Douglas Drachler McKee
& Gilbrough
1904 Third Ave., Ste. 1030
Seattle, WA  98101
(206)623-0900